THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.* MERCER HICKS CORPORATION et al., Defendants. MILDRED G. MUNZERT, Appellant; DANIEL J. RIESNER, as Receiver of MERCER HICKS CORPORATION, Respondent.

Submitted November 19, 1951; decided November 21, 1951.

*Menahem Stim* for motion.

*John F. Loehr* and *Frank Delaney* opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.